NORMAN T. NEEL, RESPONDENT, v. INDEMNITY INSUR-ANCE COMPANY OF NORTH AMERICA, APPELLANT.

Argued October 23, 1939—Decided January 25, 1940.

For the appellant, *Schneider & Schneider (Jacob Schneider,* of counsel).

For the respondent, *John A. Laird.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, BODINE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.